United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS ALEXANDER MONTOYA-FLORES, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06264 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On December 25, 2025, this action was referred to United States Magistrate Judge Christina A. Bryan for all pretrial proceedings, including the issuance of a Memorandum and Recommendation. Doc. #4. At this time, the Court WITHDRAWS its referral of this case to Magistrate Judge Christina A. Bryan. Doc. #4. This case is before the undersigned.

It is so ORDERED.

**MAY 1 9 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge